IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KELLY NIKIA GALLOWAY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-6
LT Case No. 16-2018-CF-001363-AXXX

_____/

Decision filed June 30, 2023

Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Melissa Joy Ford, of Office of
Criminal Conflict and Civil Regional
Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General,
and Michael Schaub, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and PRATT, JJ., concur.